IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL BURKE, *et al.*,** | **CIVIL NO. 1:CV-06-0050** |
| **Plaintiffs** | |
| v. | |
| **THE WACKENHUT CORPORATION,** | |
| **Defendant** | |

## O R D E R

No response has been received from Plaintiffs to this court's February 28, 2008 show cause order. **IT IS THEREFORE ORDERED THAT** the captioned action is dismissed for failure to prosecute. The Clerk of Court shall close the file.

                                                   s/Sylvia H. Rambo
                                                   SYLVIA H. RAMBO
                                                   United States District Judge

Dated: March 17, 2008.